# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:  ) No. B-10-80069  C-13D
Gina K. Setzer  )
  )
  )
Debtor  )

## **ORDER**

  This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to amend Claim No. 2 in favor of EverHome Mortgage Co., and there being no filed objection to the Motion within the time period set forth in the Notice issued on December 29, 2010, by the Clerk of Court setting January 29, 2011, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

  ORDERED that EverHome Mortgage Co. shall be paid at the rate of $385.06 per month effective February, 2011.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-80069 C-13D**

Gina K. Setzer
1412 Vickers Ave.
Durham, NC  27707

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

EverHome Mortgage Co.
8100 Nations Way
Jacksonville, FL  32256