IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Gina Setzer**

Case No. B 10-80069
Chapter 13

S.S. No. xxx-xx-0218
Mailing Address:
1412 Vickers Avenue,
Durham, N C 27707

Debtor.

### APPLICATION FOR ADDITIONAL ATTORNEYS FEES AND EXPENSES

The Attorney for the Debtor respectfully requests an additional attorneys' fee in the amount of $350.00, plus costs of $ 11.42, for two certified return receipt mailers, to be paid through the Debtors' Chapter 13 plan, for bringing an Adversary Proceeding, No. 11-9001, to strip the second mortgage held by Citifinancial Services, Inc. in the amount of $ 17,264.41

Dated: April 4, 2011

/s/Edward C. Boltz
Edward C. Boltz
**The Law Offices of John T. Orcutt, P.C.**
North Carolina State Bar No.: 23003
1738 Hillandale Road
Suite D
Durham, NC 27705
(919) 286-1695

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on April 6, 2011 , I served copies of the foregoing **APPLICATION FOR ADDITIONAL ATTORNEYS FEES AND EXPENSES** by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee
P.O. Box 3613
Durham, N.C. 27702-3613

Michael D. West
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, N.C. 27402-1828

Gina Setzer
1412 Vickers Avenue,
Durham, N C 27707

Dated: April 4, 2011

/s/Renee Nolte
Renee Nolte